No. 75–1510. WEATHERFORD ET AL. *v.* BURSEY. C. A. 4th Cir. [Certiorari granted, 426 U. S. 946.] Motion of respondent for leave to proceed further herein *in forma pauperis* granted.

No. 75–1674. KINGS COUNTY ET AL. *v.* SANTA ROSA BAND OF INDIANS ET AL. C. A. 9th Cir.;

No. 75–1710. RANKIN COUNTY BOARD OF EDUCATION ET AL. *v.* ADAMS ET AL. C. A. 5th Cir.; and

No. 75–6990. BALL *v.* DUNLAP, CHAIRMAN, RHODE ISLAND STATE PILOTAGE COMMISSION, ET AL. C. A. 1st Cir. The Solicitor General is invited to file a brief in each of these cases expressing the views of the United States.

No. 75–6927. GOMORI *v.* ARNOLD, WARDEN, ET AL.;

No. 76–5099. BROOKS *v.* SCISM, CHAIRMAN, NORTH CAROLINA PAROLE COMMISSION, ET AL.;

No. 76–5190. LINDSLEY *v.* ATTORNEY GENERAL OF PENNSYLVANIA ET AL.; and

No. 76–5222. HOLMES *v.* ISRAEL, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 75–1836. THOMPSON ET UX. *v.* SUPREME COURT OF ILLINOIS ET AL.;

No. 75–6499. LOVE *v.* GRAY, WARDEN;

No. 75–6581. MONTGOMERY *v.* NOEL, U. S. DISTRICT JUDGE;

No. 75–6917. WILLIAMS *v.* PHILLIPS ET AL.;

No. 75–6998. MORTON ET AL. *v.* UNITED STATES ET AL.;

No. 76–5155. GREEN *v.* HUNTER, U. S. DISTRICT JUDGE; and

No. 76–5195. GREEN *v.* WANGELIN, U. S. DISTRICT JUDGE. Motions for leave to file petitions for writs of mandamus denied.